UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22999-CIV-KING

WALTER VAZQUEZ,

    Plaintiff,

v.

MIAMI DRYWALL & STUCCO,
RONESA SUPPLIERS, INC., and
ROBERTO A. LAZO,

    Defendants.
_____/

## ORDER DIRECTING PARTIES TO HOLD RULE 26(f) CONFERENCE

THIS CAUSE comes before the Court upon Defendants' Motion to Strike Discovery Requests (D.E. #10), filed February 22, 2008.

In the instant motion, Defendants seeks to strike Plaintiff's discovery requests because "the parties have not have the opportunity to confer pursuant to Rule 26(f)."

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED and DECREED that the parties are to hold a Rule 26(f) conference **on or before Thursday, March 27, 2008.** The Court will reserve ruling on the above-styled motion until Friday, March 28, 2008, after the parties have held a Rule 26(f) conference.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of March, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for Plaintiff_**
Jamie H. Zidell
300 71 Street
Suite 605
Miami Beach, FL 33141

**_Counsel for Defendant_**
Adis Lissette Riveron
Duran & Associates
4640 NW 7th Street
Miami, FL 33126